UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARLOS LOPEZ, | No. C 11-5177 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| D. LEWIS, Warden, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a civil rights action.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 29, 2012

_____
SUSAN ILLSTON
United States District Judge